**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

STEPHEN POSKO, derivatively on behalf
Millennial Media, Inc.,

                         Plaintiff,

-against-

PAUL J. PALMIERI, et al.

                        Defendants.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2015

15 **CIVIL** 375 (PAE)

**JUDGMENT**

       This case has been stayed since March 2015, on June 10, 2015, the Court issued an order directing the parties to submit a joint letter by June 17, setting out their views as to whether this case is to proceed or wether it is to be voluntarily dismissed, on June 11. 2015, plaintiff Stephen Posko having moved to voluntarily dismiss this case without prejudice, and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge, and the Court, on June 15, 2015, having rendered its Order granting the motion, dismissing the case without prejudice and without the need for notice to shareholders, and directing the Clerk of Court to close this case, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 15, 2015, the motion is granted; this case is dismissed without prejudice and without the need for notice to shareholders; accordingly, the case is closed.

**Dated:** New York, New York
            June 18, 2015

                                                  **RUBY J. KRAJICK**
                                                     Clerk of Court
                                      **BY:**
                                                         Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____